*Law Office of*
**ROSEMARIE VALDEZ**
State Bar No. 017070
P.O. Box 12552
Tucson, AZ 85732-2552
Telephone: (520) 307-8827
*roseval68@gmail.com*
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 20-04786M-LAB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF PLEA HEARING** |
| Nilson Nabil Larach-Barahona, | |
| Defendant. | |

Notice is hereby given that the Change of Plea hearing for the defendant named above will be heard on September 11, 2020 at 10:30 a.m.

RESPECTFULLY SUBMITTED: September 3, 2020

*/s/ Rosemarie Valdez*
ROSEMARIE VALDEZ
Attorney for Defendant

ECF copy to:

All ECF participants