MICHAEL BAILEY
United States Attorney
District of Arizona
LIZA M. GRANOFF
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520.620.7300
Email: liza.granoff@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br> Plaintiff, <br> vs. <br> Nilson Nabil Larach-Barahona, <br> Defendant. | 20-04786M-LAB <br><br> **I N F O R M A T I O N** <br><br> Violation: 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) <br><br> (Illegal Re-Entry After Deportation) <br><br> (Felony) |

THE UNITED STATES ATTORNEY CHARGES:

On or about July 31, 2020, in the District of Arizona, to wit: at or near Arivaca, Nilson Nabil Larach-Barahona, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Alexandria, Louisiana, on or about July 26, 2019, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

Dated this 3rd day of September 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

LIZA M. GRANOFF
Assistant U.S. Attorney